LIU, J., Concurring.
I agree with the majority that the prohibition against multiple punishment for a single act or omission in Penal Code section 654 *169 applies to sentence enhancements, but that subdivisions (f) and (g) of Penal Code section 1170.1 permit imposing enhancements for both using a firearm and inflicting great bodily injury in the present case. These conclusions resolve this case. Accordingly, I do not join in that portion of the majority opinion that discusses how section 654 applies to enhancements. (Maj. opn., ante, at pp. 163-164.) The wisdom and workability of the rule that “when applied to multiple enhancements for a single crime, section 654 bars multiple punishment for the same aspect of a criminal act” are difficult to determine in the abstract. I would not opine on how section 654 applies to enhancements until we are called upon to resolve an actual dispute on that question. Until such a concrete dispute arises, the Legislature may wish to clarify the scope of Penal Code section 654 in general, and how that statute applies to criminal sentence enhancements in particular.
Werdegar, J, concurred.